ULTRAMAR COMPANY, LIMITED, Respondent, *v.* MINERALS SEPARATION, LIMITED, Appellant, Impleaded with Others.

*Appeal — motion to dismiss appeal denied.*

Reported below, 204 App. Div. 795.

(Argued October 1, 1923; decided October 2, 1923.)

MOTION to dismiss an appeal by permission from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 29, 1923, which reversed an order of Special Term granting a motion to set aside the service of the summons and complaint and dismissing the said complaint and denied said motion.

The motion was made upon the ground of waiver by defendant of its special appearance.

*Lindell T. Bates* for motion.

*Emil Goldmark* opposed.

Motion denied, with ten dollars costs.